## MICHAEL PHILLIPS VS. SLOOP *Jupiter*, 1750

Being read. And Proclamation made for any Person or Persons to come into Court and make Answer to the afores<sup>d</sup> Libel and no Person Appeared. And the Court was adjourned without Day

Newport Sep<sup>t</sup> 24th 1750

COURT OF VICE ADMIRALTY   The within Libel being read in Court, and Proclamation made for any person or persons to come in and make answer thereto; and no person appearing a default was Enter'd, wherefore after due consideration had on the premises, I find that there is due to the Appellant for his own wages, and that of his Apprentice and Negro for their Service on board s<sup>d</sup> Sloop. After a deduction made of what he Confesses to have receiv'd in part thereof; the Sum of one hundred and Twenty Three Pounds Nine Shillings and Ten pence in Bills of Credit of the Old Tenour. It is therefore Consider'd and Decreed that he the s<sup>d</sup> Michael Philips have and recover against the s<sup>d</sup> Sloop Jupiter the afores<sup>d</sup> Sum of one hundred Twenty Three Pounds, Nine Shillings and Ten pence with Cost of this Court And it is further order'd and Decreed that in Case the Owners of s<sup>d</sup> Sloop or Some person on their behalf Shall not pay the S<sup>d</sup> Sum within the Space of Twenty days from the date hereof together with the Cost of Court that then the s<sup>d</sup> Sloop or Such a part of her Tackle or Apparel as shall be Sufficient therefor be Publickly Sold by the Marshall of this Court after the usual Notice being given of the time of Sale, and that he the s<sup>d</sup> Marshall out of the Money arrising from s<sup>d</sup> Sale pay and Satisfy the S<sup>d</sup> Appellant together with the Cost of Court returning the overplus if any to the owners.

S. Wickham Dep<sup>t</sup> Judge